IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **SCOTT R. DUCEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| V. ) | Civil No. 3:05-cv-102-MJR |
| ) | |
| **ROGER E. WALKER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

**ORDER**

The U.S. Marshals Service was ordered to effect service of process upon the defendants in the above-captioned case. The U.S. Marshals Service has been informed by Charlene Whitley, Pinckneyville Correctional Center of the Illinois Department of Corrections that **Christine Brown** and **Dr. Faranza Sizziqui** are no longer employed by the Illinois Department of Corrections. Before the Court is a Motion from the U.S. Marshals Service requesting an order directing the IDOC to provide the last known addresses for defendants **Christine Brown** and **Dr. Faranza Sizziqui (Doc. 24).** **Christine Brown** and **Dr. Faranza Sizziqui's** addresses SHALL be kept in confidence by both the U.S. Marshals Service and the Clerk of Court, and SHALL only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that for good cause shown, and in accord with <u>Graham v. Satoski</u>, 51 F.3d 710 (7th Cir. 1995), on or before **July 6, 2007,** the IDOC shall provide the U.S. Marshals Service with the last known addresses of **Christine Brown** and **Dr. Faranza Sizziqui**. The U.S. Marshals Service can be contacted at 618-482-9336 to arrange for the orderly

conveyance of this information.  **A Notice of Compliance SHALL be filed with the Court indicating conveyance of information to the Marshals Service.**

  **IT IS FURTHER ORDERED** that the U.S. Marshals Service SHALL reveal this address to the Clerk of Court as necessary for the conduct of routine business, otherwise the addresses of **Christine Brown** and **Dr. Faranza Sizziqui** SHALL be retained by the U.S. Marshals Service, in confidence.

  **IT IS FURTHER ORDERED** that the Clerk of Court SHALL serve copies of this order on the U.S. Marshals for the Southern District of Illinois, as well as the Director of the Illinois Department of Corrections and the Personnel Office of the Illinois Department of Corrections, both at P.O. Box 19277, Springfield, IL 62794-9277.

**DATED:** July 11, 2007

             *s/ Donald G. Wilkerson*
             **DONALD G. WILKERSON**
             **United States Magistrate Judge**